IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:07-CV-134-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. KAREN WARD | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ORDER ) |
| JOHN J. PECK, | ) ) |
| Defendant. | ) |

For good cause being shown upon the motion of the Plaintiff, it is hereby ORDERED that Exhibit 9 - part 3 (D.E# 70), Exhibit 14 (D.E. # 71) and Exhibit 19 (D.E. #71) to Plaintiff's Response to Motion for Summary Judgment be filed under Seal.

So ordered this **22** day of August, 2011.

JAMES C. DEVER, III
United States District Judge