IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CV-134-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. KAREN WARD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| JOHN J. PECK, | ) ) ) | |
| Defendant. | ) | |

John Peck filed a motion for summary judgment [D.E. 59]. The United States responded in opposition [D.E. 61, 62], and Peck replied [D.E. 68].

The court has reviewed the record in light of the governing standard. Genuine issues of material fact exist. Accordingly, Peck's motion for summary judgment [D.E. 59] is DENIED.

SO ORDERED. This 21 day of February 2012.

JAMES C. DEVER III
Chief United States District Judge