IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:07-CV-134-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. KAREN WARD | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ORDER ) |
| JOHN J. PECK, | ) ) |
| Defendant. | ) |

The Court hereby sets a status conference in this case for November 13, 2012, at 1:00 o'clock P M in Courtroom number 1, United States Federal Courthouse, Raleigh, North Carolina. The Defendant, John J. Peck is ordered to personally attend the status conference, unless, by November 9, 2012, the parties have signed a stipulation of dismissal. If such stipulation has been filed by that date, then the hearing will be cancelled.

SO ORDERED this 29 day of October, 2012.

JAMES C. DEVER, III
Chief, United States District Judge