AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA, EX REL )
KAREN WARD, )
        Plaintiff, )
)
v. )
) **JUDGMENT**
JOHN J. PECK, ) **CASE NO. 7:07-CV-134-D**
)
        Defendant. )

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that judgment in the amount of $100,000.00 is hereby entered against Defendant John J. Peck.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JUNE 25, 2013**</u> WITH A COPY TO:

G. Norman Acker III (via CM/ECF electronic notification)
Keith A. Williams (via CM/ECF electronic notification)
M. Gordon Widenhouse, Jr. (via CM/ECF electronic notification)
A. Frank Johns (via CM/ECF electronic notification)


<u>June 25, 2013</u>                           JULIE A. RICHARDS, Clerk
Date                                      Eastern District of North Carolina

                                               <u>/s/ Debby Sawyer</u>
                                               (By) Deputy Clerk

Raleigh, North Carolina