AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, EX REL KAREN WARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN J. PECK, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:07-CV-134-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Plaintiff's Request for Attorney's Fees [D.E. 106] is GRANTED. Defendant John J. Peck is liable to the Plaintiff for $34,137.73 in attorneys' fees.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**SEPTEMBER 18, 2013**</u> WITH A COPY TO:

G. Norman Acker III (via CM/ECF Notice of Electronic Filing)
Keith A. Williams (via CM/ECF Notice of Electronic Filing)
M. Gordon Widenhouse, Jr. (via CM/ECF Notice of Electronic Filing)
A. Frank Johns (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>September 18, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br><u>/s/ Debby Sawyer</u><br>(By) Deputy Clerk |

Raleigh, North Carolina

Page 1 of 1
Case 7:07-cv-00134-D   Document 118   Filed 09/18/13   Page 1 of 1